IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 1, 2011

Lyle W. Cayce
Clerk

————————————

No. 11-50156
Summary Calendar

————————————

DALJIT S. JANDU,

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; MIDDLE TENNESSEE STATE
UNIVERSITY; PRESIDENT MTSU JAMES E. WILLIAMS, President of
Middle Tennessee State University; DORRIS MIESSNER, Commissioner of
Immigration and Naturalization Service,

      Defendants - Appellees

————————————————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:97-CV-660

————————————————

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

      IT IS ORDERED that the opposed motion of appellee, Middle Tennessee
State University, to be dismissed from this appeal for lack of subject matter
jurisdiction is GRANTED.

---

      [*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should
not be published and is not precedent except under the limited circumstances set forth in
5ᵀᴴ Cɪʀ. R. 47.5.4.

IT IS FURTHER ORDERED that the alternative motion of appellee, Middle Tennessee State University, to extend time for thirty (30) days after the court's denial on motion to dismiss appeal for lack of subject matter jurisdiction is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the motion of appellee, USA, for summary affirmance is GRANTED.

IT IS FURTHER ORDERED that the alternative motion to extend time to file brief for thirty (30) days after the court's denial on motion for summary affirmance is DISMISSED AS MOOT.

Judgment affirmed as to Appellees United States of America and Dorris Miessner, appeal dismissed as to remaining Appellees.